# United States District Court
### Southern District of Georgia

RANK CARTER,

      Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV 618-107

OFFICER FNU SULLIVAN; OFFICER FNU EVANS; TOOMBS COUNTY DETENTION CENTER NURSE; and CAPTAIN FNU HEREIN, all in their individual capacities.

      Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

pursuant to the Order dated December 3, 2019 adopting the Magistrate Judge's Report and Recommendation as the Court's opinion, that Plaintiff's Complaint is dismissed without prejudice for failure to follow this Court's Orders and failure to prosecute; furthermore, Plaintiff is denied in forma pauperis status on appeal. This case stands closed.



| 12/03/2019 | Scott L. Poff |
|---|---|
| Date | Clerk |

/s/ Jamie Hodge
(By) Deputy Clerk